Benjamin Ackerman, etc., Appellant, v. Alfred Homes Co., Inc., and Another, Respondents.— Motion to dismiss appeal denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Lazansky, JJ.

Royal Silk Underwear Manufacturing Co., Inc., Respondent, v. United States Fidelity and Guaranty Company, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Lazansky, JJ.

Giovanni Zolezzi, Respondent, v. Kroll & Horowitz Furniture Company, Inc., and Ruth A. Bruce-Brown, Appellants, Impleaded with Another, Defendant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Lazansky, JJ.

Benjamin Ackerman, etc., Appellant, v. Alfred Homes Co., Inc., and Another, Respondents.— Order of the County Court of Kings county in so far as it directs that the lien be canceled and discharged of record, and that the complaint

be dismissed as to defendant Ætna Casualty and Surety Company, affirmed, with ten dollars costs and disbursements. Order in so far as it dismisses the complaint as to defendant Alfred Homes Co., Inc., reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Under his complaint the plaintiff may, upon proper proof, recover a judgment against defendant Alfred Homes, Co., Inc., for the amount of the indebtedness. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.